# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-40

| | |
|---|---|
| ERIC HILDEBRAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INSULET CORPORATION, et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Christopher W. Jackson's Application for Admission to Practice *Pro Hac Vice* of Kathleen E. Kelly. It appearing that Kathleen E. Kelly is a member in good standing with the Massachusetts State Bar and will be appearing with Christopher W. Jackson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher W. Jackson's Application for Admission to Practice Pro Hac Vice (#31) of Kathleen E. Kelly

is **GRANTED**, and that Kathleen E. Kelly is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Christopher W. Jackson.

Signed: February 10, 2017

Dennis L. Howell
United States Magistrate Judge