# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-40

| | |
|---|---|
| ERIC HILDEBRAN, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>INSULET CORPORATION, et al., )<br>)<br>      Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Ranchor Harris' Application for Admission to Practice *Pro Hac Vice* of James G. O'Callahan. It appearing that James G. O'Callahan is a member in good standing with the California State Bar and will be appearing with Ranchor Harris, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Ranchor Harris' Application for Admission to Practice Pro Hac Vice (#38) of James G. O'Callahan is

**GRANTED**, and that James G. O'Callahan is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Ranchor Harris.

Signed: March 7, 2017

_____

Dennis L. Howell
United States Magistrate Judge