# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-40

| | |
|---|---|
| ERIC HILDEBRAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INSULET CORPORATION, et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Ranchor Harris' Application for Admission to Practice *Pro Hac Vice* of Jennifer Siegel. It appearing that Jennifer Siegel is a member in good standing with the California State Bar and will be appearing with Ranchor Harris, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Ranchor Harris' Application for Admission to Practice Pro Hac Vice (#39) of Jennifer Siegel is **GRANTED**, and

that Jennifer Siegel is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Ranchor Harris.

Signed: March 7, 2017

Dennis L. Howell
United States Magistrate Judge