# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17 cv 40

| | |
|---|---|
| **ERIC HILDEBRAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**INSULET CORPORATION, et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

Pending before the Court is the joint Motion to Modify the Pretrial Order and Case Management Plan [# 55]. The parties have asked to modify the order and case management plan for the purpose of a potential settlement.

After reviewing the motion and consulting with the District Court, the Court **GRANTS** the motion in part and **DENIES** the motion in part [# 55]. The deadlines in the Pretrial Order and Case Management Plan are hereby amended as follows:

| | |
|---|---|
| Expert Reports: | April 15, 2018 (plaintiff)<br>April 15, 2018 (defendants) |
| Discovery Completion: | May 1, 2018 |
| Mediation: | May 15, 2018 |
| Motions: | June 1, 2018 |
| Trial: | First session beginning on or after October 1, 2018 |

Signed: January 3, 2018

_____
Dennis L. Howell
United States Magistrate Judge

